**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 9:06-CV-242-RHC |
| AMAZON.COM, INC., et al., | § § | JURY TRIAL REQUESTED |
| Defendants. | § § § | |
| AMAZON.COM, INC., et al., | § § § | |
| Counterclaim-Plaintiffs, | § § | |
| v. | § § | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § | |
| Counterclaim-Defendant. | § | |

## AMAZON.COM.CA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com.ca, Inc. ("Amazon.com.ca") provides the following Corporate Disclosure Statement:

Amazon.com.ca is a wholly (100%) owned subsidiary of the publicly held corporation Amazon.com, Inc.

Dated: April 17, 2007                              Respectfully submitted,


                                             By:  /s/ Michael J. McKeon
T. John Ward, Jr.                                 Ruffin B. Cordell
   Texas Bar No. 00794818                            Texas Bar No. 04820550
   jw@jwfirm.com                                     cordell@fr.com
LAW OFFICE OF T. JOHN                             Michael J. McKeon (*admitted pro hac vice*)
   WARD, JR., P.C.                                   mckeon@fr.com
111 W. Tyler St.                                  Brian R. Nester (*admitted pro hac vice*)
Longview, Texas 75601                                nester@fr.com
Telephone: 903-757-6400                           FISH & RICHARDSON P.C.
Facsimile: 903-757-2323                           1425 K Street, N.W., Suite 1100
                                                  Washington, D.C. 20005
M. Brett Johnson                                  Telephone: 202-783-5070
   Texas Bar No. 00790975                         Facsimile: 202-783-2331
   mbjohnson@fr.com
R. Ritch Roberts III
   Texas Bar No. 24041794
   rroberts@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-747-5070                           Counsel for Defendant Amazon.com.ca, Inc.
Facsimile: 214-747-2091

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2007, I caused to be filed electronically the foregoing **AMAZON.COM.CA, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing.

/s/ Michael J. McKeon
Michael J. McKeon